UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

KRISTY DOBBS,

                        Plaintiff,

   -against-                                  1:10-CV-1487 (LEK/RFT)

CITIZEN BANK, *et al.*,

                        Defendants.

## <u>ORDER</u>

    This matter comes before the Court following a Report-Recommendation filed on December 21, 2010, by the Honorable Randolph F. Treece, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York.  Report-Rec. (Dkt. No. 5).

    Within fourteen days after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance with L.R. 72.1.  No objections have been raised in the allotted time with respect to Magistrate Judge Treece's Report-Recommendation.  Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

    Accordingly, it is hereby

    **ORDERED**, that the Report-Recommendation (Dkt. No. 5) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

    **ORDERED**, that Plaintiff's Motion to proceed *in forma pauperis* (Dkt. No. 2) is **GRANTED**; and it is further

    **ORDERED**, that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED** in its entirety and

without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim for which relief may be granted; and it is further

**ORDERED**, that Plaintiff's Letter Motion to have this case filed under seal (Dkt. No. 4) is **DENIED** as moot; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:     January 6, 2011
               Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge